UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-01912-SPG-SK | Date | December 5, 2025 |
|---|---|---|---|
| Title | Michael Bryant v. JPMorgan Chase Bank, N.A., et al. | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) NOTICE OF DISMISSAL**

Plaintiff and Defendant JPMorgan Chase Bank, N.A. filed a stipulation of dismissal, (ECF No. 64), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order, (ECF No. 64-1), as moot, and all pending dates are vacated and taken off calendar.

_____ : _____

Initials of Preparer    pg